ELLIOTT, Respondent, v. NILES et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Ella Pearl Elliott, as executrix, etc., of George F. Elliott, deceased, against William W. Niles and another, copartners, etc. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 148 N. Y. Supp. 1114.

ELMER E. HARRIS & CO., Respondents, v. PATTERSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by Elmer E. Harris & Co. against David F. Patterson, as administrator, etc. No opinion. Order affirmed, with costs to respondent to abide event.

EMSPAK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Theresa Emspak, as administratrix, etc., of Frank Emspak, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

EPSTEIN v. ROCKVILLE CENTRE IMPROVEMENT CO. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Joseph Epstein against the Rockville Centre Improvement Company. No opinion. Settle order on notice. Motion granted. See, also, 149 N. Y. Supp. 638.

EPSTEIN v. WERBELOVSKY et al. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Annie Epstein against Rebecca Werbelovsky and others. No opinion. Appeal dismissed on consent, without costs.

ESSEX COUNTY NAT. BANK, Respondent, v. FOURTH NAT. BANK OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by the Essex County National Bank against the Fourth National Bank of New York. I. Gainsburg, of New York City, for appellant. A. R. Shiland, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

EWING BACON & HENRY, Inc., Respondent, v. HOYT, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by Ewing, Bacon & Henry, Incorporated, against John R. Hoyt. H. B. Johnson, of New York City, for appellant. W. M. Geer, Jr., of New York City, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
INGRAHAM, P. J., dissents.

FARBER, Respondent, v. FARBER, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Rebecca Farber against Hyman Farber. Horace London, of New York City, for appellant. E. N. Bloomberg, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) In the matter of the petition of William W. Farley, as State Excise Commissioner, for an order canceling liquor tax certificate No. 16,454, issued to Jules E. Russ, and transferred to Joseph Wurz. No opinion. Order affirmed, with costs.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) In the matter of the Petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 23,169, issued to Abram V. Decker, and transferred to Elnathan Gazley. No opinion. Motion for stay granted by default.

FARLEY, State Excise Com'r, Respondent, v. SOULE et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by William W. Farley, as State Commissioner of Excise of the State of New York, against Henry A. Soule and others. No opinion. Judgment and orders unanimously affirmed, with costs.

FARRELL, Appellant, v. WILLIAMS, Respondent. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Thomas F. Farrell against William Williams, as commissioner. E. P. Kilroe, of New York City, for appellant. W. E. C. Mayer, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FATUM, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Elizabeth Fatum against the Brooklyn, Queens County & Suburban Railroad Company.
PER CURIAM. The issue of fact, whether or not plaintiff had hold of the car before it started, was sent to the jury by the original charge, and by an instruction following the words of a request to that effect by defendant's counsel. The court also left to the jury to find whether the conductor in starting the car was in the exercise of reasonable care. After the issue whether plaintiff had tried to board a car at rest, or one already starting, had thus been